# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE MARK STOVALL, D/B/A
STOVALL & ASSOCIATES,
                    Appellant,
          vs.
DANIELLE REIMANN,
                    Respondent.

No. 69292

**FILED**

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

_____ C.J.

cc: Hon. Jessie Elizabeth Walsh, District Judge
    Craig Hoppe, Settlement Judge
    Stovall & Associates
    Injury Lawyers of Nevada
    Eighth District Court Clerk
    Supreme Court Law Librarian

---

[1]In light of this order, we vacate the order conditionally imposing sanctions entered on June 3, 2016.

16-18955